AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                    Nevada

Christopher Hansen, et al.,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

Joshua Nieves, et al.,

Case Number: 2:08-cv-00479-JCM-RJJ

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Judgment for Attorneys Fees is entered in favor of Las Vegas Metropolitan Police Department in the amount of $90,380.99.

November 30, 2010                              /s/ Lance S. Wilson

Date                                          Clerk

                                              /s/ Aaron Blazevich

                                               (By) Deputy Clerk